**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2288**

ZENNA MCCLAM,

            Plaintiff - Appellant,

      v.

LAKE CITY FITNESS CENTER, f/k/a IH3 Wellness Center;
HOPEHEALTH, INC.,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Bruce H. Hendricks, District Judge.
(4:13-cv-03316-BHH)

Submitted:  March 29, 2016          Decided:  March 31, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zenna McClam, Appellant Pro Se.  Robert Thomas King, KING LOVE &
HUPFER, LLC, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zenna McClam appeals from the district court's order adopting the recommendation of the magistrate judge and denying relief on her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. McClam v. Lake City Fitness Ctr., No. 4:13-cv-03316-BHH (D.S.C. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED